■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH SHAIRD, Appellant.—Judgment of the Supreme Court, Queens County (Dubin, J.), rendered June 13, 1977, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9).* Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE SMITH, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered November 18, 1983, convicting him of attempted grand larceny in the second degree, criminal mischief in the fourth degree and possession of burglar's tools, after a nonjury trial, and imposing sentence.

Appeal dismissed *sua sponte.*

This court has been advised that defendant has absconded and is not currently available to obey the mandate of this court in the event of an affirmance. Accordingly, the appeal is dismissed *(see, People v Parmaklidis,* 38 NY2d 1005; *People v Del Rio,* 14 NY2d 165, 169, *cert denied* 379 US 939; *People v Genet,* 59 NY 80).* Mollen, P. J., Thompson, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON SNEED, Appellant.—Two judgments of the Supreme Court, Queens County (Glass, J.), both rendered September 20, 1984, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816).* Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.